IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00450-WYD

LARRY DEE HAMPTON,

   Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

   Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss [ECF Doc. No. 21], filed August 19, 2015.

After carefully reviewing the file in this matter, I find that the unopposed motion should be granted pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own fees and costs.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss [ECF Doc. No. 21] is **GRANTED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

   Dated:  August 19, 2015

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL
                                          SENIOR UNITED STATES DISTRICT JUDGE